ADAMS, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| DAVID FRISCHKORN, *et al*, | ) | |
| | ) | CASE NO. 1:06CV0713 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge John R. Adams |
| | ) | |
| LAKE COUNTY CHRYSLER, INC., *et al*, | ) | JUDGMENT ENTRY |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court, having filed its Memorandum of Opinion and Order, hereby remands the case to the Lake County, Ohio Court of Common Pleas, the state court from which it was removed.

A certified copy of this order of remand shall be mailed by the Clerk of the United States District Court for the Northern District of Ohio to the Clerk of the Lake County, Ohio Court of Common Pleas.

IT IS SO ORDERED.

| | |
|---|---|
| October 13, 2006 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |